The Honorable Paul B. Snyder
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re

PACIFIC LIFESTYLE HOMES, INC.

Debtor.

Case No. 08-45328-PBS

**NOTICE OF PLAN EFFECTIVE DATE AND DEADLINE FOR ADMINISTRATIVE EXPENSE CLAIMS**

YOUR ARE HEREBY NOTIFIED that **Friday, August 27, 2010** has been established as the effective date ("Effective Date") of Debtor's Chapter 11 Plan of Reorganization Dated June 28, 2010 as Modified ("Plan"), confirmed by order of the Court on August 4, 2010. Pursuant to the Plan, any person holding an Administrative Expense Claim, other than an Administrative Expense Claim (i) previously asserted in connection with the 503(b)(9) Procedures Order; or (ii) arising from the operation by the Reorganized Debtor of its business in the ordinary course of business, shall file a proof of such Administrative Expense Claim with the Clerk of the Bankruptcy Court **within forty-five (45) days** from the mailing date of this Notice.

1 – NOTICE OF PLAN EFFECTIVE DATE AND DEADLINE FOR ADMINISTRATIVE EXPENSE CLAIMS

69423-0001/LEGAL18974226.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

In order for your Administrative Expense Claim to be considered timely filed, **you must file the original of your Administrative Expense Claim with the Clerk of the Bankruptcy Court, and serve a copy upon counsel for the Reorganized Debtor, the U.S. Trustee and counsel for the Creditors' Committee at the following addresses <u>no later than forty-five (45) days from the mailing date of this Notice</u>:**

>Jeanette L. Thomas
>Perkins Coie LLP
>1120 NW Couch Street, Tenth Floor
>Portland, OR 97209
>email: jthomas@perkinscoie.com
>
>Marjorie S. Raleigh
>United States Trustee
>700 Stewart St., #5103
>Seattle, WA 97101-1271
>email: marjorie.s.raleigh@usdoj.gov
>
>John Rizzardi
>Cairncross & Hempelmann, P.S.
>524 Second Avenue, Suite 500
>Seattle, WA 98104-2323
>email: jrizzardi@cairncross.com

**ANY PERSON WHO FAILS TO TIMELY FILE AND SERVE A PROOF OF ADMINISTRATIVE EXPENSE CLAIM SHALL BE FOREVER BARRED FROM SEEKING PAYMENT OF SUCH ADMINISTRATIVE EXPENSE CLAIM BY THE DEBTOR, THE ESTATE, OR THE REORGANIZED DEBTOR.**

DATED: August 31, 2010              **PERKINS COIE LLP**

                                    By: /s/ Jeanette L. Thomas
                                        Steven M. Hedberg, WSBA No. 15140
                                        Jeanette L. Thomas, WSBA No. 31378
                                        Brian A. Jennings, WSBA No. 32509
                                    Attorneys for Debtor
                                    Pacific Lifestyle Homes, Inc.

2 – NOTICE OF PLAN EFFECTIVE DATE AND DEADLINE FOR ADMINISTRATIVE EXPENSE CLAIMS

69423-0001/LEGAL18974226.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222